■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. ANDREW STUART ZIZMOR, Admitted November 16, 1988, at a Term of the Appellate Division, Second Department. [772 NYS2d 805]—Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 257 AD2d 127 (1999).]